UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL R. JACKSON,

        Plaintiff,

vs.                                      CASE NO.: 6:09-cv-00888

WAL-MART STORES, INC.
d/b/a SAM'S CLUB and
LVNV FUNDING, LLC,

        Defendants.
_____/

**STIPULATED MOTION FOR REMAND**

      COMES NOW, Defendant LVNV FUNDING, LLC ("LVNV"), by and through its undersigned attorney and files this Stipulated Motion for Remand, and states as follows:

      1.      On April 13, 2009 Plaintiff Michael R. Jackson ("Plaintiff") commenced an action entitled: *Michael R. Jacksvon v. Wal-Mart Stores, Inc. d/b/a Sam's Club and LVNV Funding, LLC*, in the Circuit of the Ninth Judicial Circuit, County of Orange, State of Florida, Civil Division, Case No. 09-CA-11574 ("Circuit Court Action").

      2.      LVNV filed a Notice of Removal of Action under 28 U.S.C. § 1441(b) with this Court on May 25, 2009, asserting that the Circuit Court Action presents a federal question.

      3.      Plaintiff's counsel notified the undersigned counsel for LVNV that he did not believe the issues in the Circuit Court Action presented a federal question, and Plaintiff intended to seek remand back to the State Court.

4. LVNV has agreed to remand this case back to the State Court as requested by Plaintiff.

5. Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with counsel for the Plaintiff and the parties agree that:

(i) This action should be remanded back to the State Court; and

(ii) This Stipulated Motion for Remand is not to be construed as either an admission by LVNV that removal was not proper, nor a waiver of any rights or claims by Plaintiff related to the removal, including any request for attorney fees and costs.

WHEREFORE, upon stipluation of the Plaintiff, LVNV requests that this Court remand the above-styled case to the State Court.

Dated this 8th day of June, 2009.

        **WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
        390 North Orange Avenue, Suite 1500
        Post Office Box 1391
        Orlando, Florida 32802-1391
        Attorneys for LVNV Funding, LLC
        Telephone: (407) 423-4246
        Fax: (407) 423-7014

By: /s/ Richard B. Weinman
     RICHARD B. WEINMAN
     Florida Bar No. 0231370

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or electronic transmission via the CM/ECF electronic filing system to William Peerce Howard, Esquire, Morgan & Morgan, P.A., One Tampa City Center, 201 N. Franklin Street, 7th Floor, Tampa, FL 33602, and Jon Marshall Oden Risher, Rushmer, Werrenrath, Dickson,, Talley & Dunlap, P.A., 20 North Orange Avenue, Suite 1500, P.O. Box 712, Orlando, FL 32802-0712 this 8th day of June, 2009.

By: /s/ Richard B.Weinman  
RICHARD B. WEINMAN  
Florida Bar No. 0231370